# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRNA CARPIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 09-9100-JEM<br><br>**JUDGMENT** |

　　In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner and Remanding for Further Proceedings filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED for further proceedings.


DATED: January 25, 2011　　　　　　　　　　　　 */s/ John E. McDermott*
　　　　　　　　　　　　　　　　　　　　　　　　 JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE